UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALIK JEROME HARRINGTON,  :  <br>  :  <br>Petitioner,  :  <br>  :  <br>v.  :  <br>  :  <br>FEDERAL BUREAU OF PRISONS,  :  <br>  :  <br>Respondent.  :  | Civ. No. 15-0141 (RBK)  <br><br>**MEMORANDUM AND ORDER** |

Petitioner is a federal prisoner currently incarcerated at F.C.I. Fort Dix in Fort Dix, New Jersey. He is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The petition did not include an application to proceed *in forma pauperis* nor did it include a prepaid $5.00 filing fee. Thus, this case will be administratively closed. Petitioner shall be given an opportunity to reopen this action should he so choose.

Accordingly, IT IS on this 26th day of January, 2015,

ORDERED that the Clerk shall administratively terminate this case for petitioner's failure to either pay the requisite filing fee of $5.00 or submit a complete application to proceed *in forma pauperis*; and it is further

ORDERED that if petitioner wishes to reopen this action, he shall notify the Court within thirty (30) days of the date of entry of this Order, in writing; petitioner's writing shall include either: (1) a complete *in forma pauperis* application, including a certified statement of petitioner's institutional account as required by Local Civil Rule 81.2(b); or (2) the $5.00 filing fee; and it is further

ORDERED that the Clerk shall serve on petitioner by regular U.S. Mail: (1) a copy of this Order; (2) a blank form application to proceed *in forma pauperis* in a habeas corpus case; and (3) a blank form petition for writ of habeas corpus under 28 U.S.C. § 2241.

s/Robert B. Kugler  
ROBERT B. KUGLER  
United States District Judge
